921 F.2d 758w
 Thomas L. FITZGERALD, a/k/a Robert Allen, Appellant,
v.
Sgt. M.E. PATRICK; C.W. Townesend, Officer of the Missouri
State Highway Patrol; C.E. Fisher, Superintendent of the
Missouri State Highway Patrol; T.L. Gray, Officer of the
Missouri State Highway Patrol; D.E. Holt, Officer of the
Missouri State Highway Patrol; T.R. Selvey, Officer of the
Missouri State Highway Patrol; S.T. Oglesby, Officer of the
Missouri State Highway Patrol; W.R. Petrus, Retired Officer
of the Missouri State Highway Patrol, Appellees.
 No. 90-1383.
 United States Court of Appeals,
Eighth Circuit.
 Submitted Oct. 12, 1990.
Decided Dec. 13, 1990.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 927 F.2d 1037.